UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM PEARSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants. | Case No. 24-cv-06594-JSC<br><br>**ORDER FOLLOWING MARCH 27, 2025 CASE MANAGEMENT CONFERENCE** |

As discussed at the March 27, 2025 Further Case Management Conference, Plaintiff shall provide Defendant with a proposed amended complaint and stipulation regarding substitution by Monday, March 31, 2025. Plaintiff shall file the stipulation along with the amended complaint by Friday, April 4, 2025.

Defendant's motion to dismiss and Plaintiff's motion to remand, if any, shall be filed by April 24, 2025. If neither party files a motion, the parties shall jointly request a further case management conference.

**IT IS SO ORDERED.**

Dated: March 27, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge